Melissa Newel (#148563)
NEWEL LAW
2625 Alcatraz Ave., Suite 132
Berkeley, CA 94705
(510) 316-3827
mnewel@newellawfirm.com

Attorney for Plaintiff
SILHOUETTE GOMEZ

MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
ALLISON CHEUNG
Special Assistant United States Attorney
Social Security Administration
160 Spear Street, Suite 800
San Francisco, CA 94105
(415) 977-8942
allison.cheung@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILHOUETTE GOMEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NANCY A. BERRYHILL,<br>ACTING COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>　　　　Defendant. | No. 1:18-CV-0881 (GSA)<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENDING BRIEFING SCHEDULE** |

| | |
|---|---|
| 1 | Pursuant to the Scheduling Order in the above-referenced matter which allows for a |
| 2 | "single thirty (30) day extension of any part of this scheduling order by stipulation of the parties" |
| 3 | without Court approval (Doc. 5, p. 4:12-15), IT IS HEREBY STIPULATED by the parties, |
| 4 | through their undersigned attorneys, that Plaintiff shall have a first-time extension of thirty (30) |
| 5 | days to serve and file her Opening Brief. The new date for Plaintiff's Opening Brief shall be on or |
| 6 | before **April 8, 2019**. All corresponding briefing deadlines are modified accordingly. |

Respectfully submitted,

Dated: March 4, 2019                         NEWEL LAW

                                                 By: *Melissa Newel*
                                                      Melissa Newel
                                                      Attorney for Plaintiff
                                                      SILHOUETTE GOMEZ

Dated: March 4, 2019                         MCGREGOR W. SCOTT
                                                      United States Attorney
                                                      DEBORAH LEE STACHEL
                                                      Regional Chief Counsel, Region IX
                                                      Social Security Administration

                                              By: Allison Cheung*
                                                      ALLISON CHEUNG
                                                      (*Authorized by email dated 03/04/2019*
                                                      Special Assistant U.S. Attorney
                                                      Attorneys for Defendant

IT IS SO ORDERED.

     Dated:    **March 5, 2019**                 **/s/ Gary S. Austin**
                                                UNITED STATES MAGISTRATE JUDGE

STIPULATION EXTENDING BRIEFING SCHEDULE