UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILHOUETTE GOMEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NANCY A. BERRYHILL,<br>ACTING COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>　　　　　Defendant. | No. 1:18-CV-0881-GSA<br><br>**ORDER FOR TWO-DAY FURTHER EXTENSION TO FILE PLAINTIFF'S OPENING BRIEF** |

　　Plaintiff moves, through the undersigned counsel, for a two-day further extension of time within which to file the Opening Brief in the above-referenced matter due to family circumstances. This is Plaintiff's third request for an extension. Plaintiff's counsel has conferred with Defendant's counsel, who does not object to the additional extension.

　　Good cause having been shown, it is hereby ORDERED that Plaintiff shall be granted a further extension of two days to file her Opening Brief. The Opening Brief shall now be filed on or before **May 1, 2019** and all corresponding deadlines are modified accordingly.

IT IS SO ORDERED.

　　Dated: __**April 30, 2019**__　　　　　　　__**/s/ Gary S. Austin**__
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

MOTION AND [PROPOSED] ORDER FOR ONE-DAY EXTENSION TO FILE PLAINTIFF'S OPENING BRIEF